IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAVANNA DRILLING, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>EQT PRODUCTION COMPANY<br><br>        Defendant. | Civil Action No. 18-245-MJH |

## STIPULATION OF DISMISSAL

Plaintiff Savanna Drilling, LLC and Defendant EQT Production Company hereby file this Stipulation of Dismissal, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

                                      Respectfully submitted,

                                      /s/ Kevin M. Eddy
                                      Andrew K. Fletcher
                                      Pa. I.D. No. 75544
                                      Kevin M. Eddy
                                      PA I.D. No. 92904
                                      BLANK ROME LLP
                                      501 Grant St.
                                      Suite 850
                                      Pittsburgh, PA 15219
                                      Tel:    412.932.2800
                                      Fax:   412.932.2777

                                      *Counsel for Savanna Drilling, LLC*

                                      */s/* Lucas Liben
                                      Nicolle R. Snyder Bagnell
                                      Pa. ID No. 87936
                                      Lucas Liben
                                      Pa. ID No. 309527
                                      REED SMITH LLP
                                      225 Fifth Avenue
                                      Pittsburgh, PA  15222
                                      (412) 288-3131

Date: November 4, 2019                   *Counsel for EQT Production Company*

152298.00601/122151295v.1

## **CERTIFICATE OF SERVICE**

I certify that the foregoing Stipulation of Dismissal was served this 4th day of November, 2019 upon all counsel of record via the Court's ECF filing system.

/s/ Kevin M. Eddy
Counsel for Plaintiff

152298.00601/122151295v.1